## DECLARATION OF CATHERINE GEBHARDT

I, Catherine Gebhardt, declare that I am over the age of eighteen (18) years and have personal knowledge of the facts set forth in this declaration, am not a party to this action, and if called as a witness, could and would competently testify to the facts set forth herein.

1. In or about August 2013, I requested Defendant LNV's "Articles of Incorporation" from the Nevada Secretary of State and I paid for the document.

2. On or about August 15, 2013, the Nevada Secretary of State mailed to me an 8-page Certified Copy of LNV''s "Articles of Incorporation." **Exhibit C**.

3. According to the Certified Copy of LNV's Articles of Incorporation, LNV did not exist on March 10, 2008. Exh. C, p. 2, "Filing Date and Time:"

   > "*I, THE UNDERSIGNED, being the sole incorporator hereinbefore named, for the purpose of forming a corporation pursuant to the General Corporation Law of the State of Nevada, do make and file these Articles of Incorporation, hereby declaring and certifying that the facts stated herein are true, and accordingly have hereunto set my hand this 17th day of March 2008 ... [signed] M Elaine Meyers.*" Exh. A at 9 ~ 3.

I, Catherine Gebhardt, declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Dated: June 22, 2017

Respectfully submitted,

_____
Catherine Gebhardt
Declarant

-1-