Recording Requested and Return to:

Frances Graham
c/o 6715 Sky Nook Dr.
Austin, TX 78745

# NOTICE OF LIS PENDENS

Pursuant to Texas Property Code § 12.007 (Notice of lis pendens), the undersigned states:

1) I, Frances K. Graham, am the only true and legal owner of the property located at:

    **2405 Crownpoint Drive, Austin, Texas 78748**

    Legal Description:

    **LOT 3, BLOCK "I", CASTLEWOOD FOREST, SECTION I, SUBDIVISION IN TRAVIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 42, PAGE 27 OF THE PLAT RECORDS OF TRAVIS COUNTY, TEXAS.**

2) As Plaintiff, I Frances Graham hereby give notice of an active lawsuit filed in the United States District Court of Texas Western District Austin Division, *Frances Graham v. LNV Corporation et al*, Case No:_____.

3) Factual allegations in Civil Complaint Pursuant to The Racketeer Influenced and Corrupt Organizations Act, ("RICO") 18 U.S. Code § 1964 in the U.S. District Court of Texas include:

    a. Defendant LNV Corporation, solely owned and controlled by Defendant Daniel Andrew Beal aka Andy Beal aka D. Andrew Beal sole owner of Beal Bank SSB, Beal Financial Corporation, MGC Mortgage Inc. and hundreds of sham corporate fiction alter egos for Andy Beal operated as part of a scheme and artifice to defraud has caused the following forged and/or robo-signed mortgage instruments to be recorded with this Recorder's office:

        *Instrument #*

        i. **2007172510**: Recorded on 9/17/2007: Assignment of Deed of Trust, Assignor: Argent Mortgage Company LLC; Assignee: Homecomings Financial LLC fka Homecomings Financial Network Inc.

        ii. **2008153383**: Recorded on 9/11/2008 Assignment of Deed of Trust; Grantor: Homecomings Financial LLC fka Homecomings Financial Network Inc, Grantee: Residential Funding Company LCC. Recorded by MGC Mortgage Inc, 7195 Dallas Parkway, Plano, TX 75025 (a false address)

        iii. **2008153384**: Recorded on 9/11/2008: Assignment of Deed of Trust, Assignor: Residential Funding Company LCC fka Residential Funding Corporation; Assignee: LNV Corporation. Recorded by MGC Mortgage Inc, 7195 Dallas Parkway, Plano, TX 75025 (a false address)

    b. LNV is not and never was the holder, holder in due course, nor a party with standing to enforce the Argent Deed of Trust recorded as instrument # **2005179979** on 9/28/2005. The non-judicial foreclosure sale of my property by LNV was illegal and the trustee deed resulting from that sale is void.

    c. I will prevail in this litigation as there are numerous other victims of the Beal racketeering

## WARNING TO POTENTIAL BUYERS

Any party considering the purchase my homestead while litigation is pending: **YOU WILL NOT BE PERMITTED TO RETAIN THE PROPERTY.** You are hereby warned. You cannot claim ignorance. You will not be considered an innocent buyer. You may be charged as a criminal co-conspirator in a conspiracy to obtain property by theft and fraud.

Dated this 28th day of ~~March~~ June, 2017.

_____
Frances K. Graham


STATE OF TEXAS

COUNTRY OF TRAVIS


On June 28, 2017 appeared before me, the undersigned, a Notary Public in and for said State personally appeared Frances K. Graham and executed the instrument, Witness my hand and official seal.

_____
Notary Public In and For Texas

PHIL D. STARK
Notary Public, State of Texas
My Commission Expires
August 09, 2019