FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS  17 JUN 28  AM 10: 37
AUSTIN DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| FRANCES K. GRAHAM | § | |
| | § | |
| V. | § | Case No. A17CV0634 RP |
| | § | |
| LNV CORPORATION, ET ALL | § | |

### APPLICATION TO PROCEED IN FORMA PAUPERIS
### AND FINANCIAL AFFIDAVIT IN SUPPORT

I, Frances K. Graham_____, declare that I am the Applicant in the above-entitled proceeding. I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

In further support of this application, I answer the following questions:

**Applicant's Name:**      Frances K. Graham

**Applicant's Home Address:**  6715 Skynook Dr Austin, 78745

### Questions Regarding Ability to Pay

**Employment:**

Are you now employed? Yes [ ]  No [✓]  Am Self Employed [ ]

If yes, how much do you earn per month?  $ _____

1

If no, give month and year of last employment _____

How much did you earn per month?  $ _____

Name and Address of current or prior employer:



If married, state Spouse's name: __Deceased_____

Is your Spouse employed?  Yes ☐   No ☐

If working, how much does your spouse earn?  $ _____

Do you receive any funds from relatives or for child support?  If so, how much per month do you receive?  $ _____

**Other Income:**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments (such as Social Security benefits), or other sources, including government benefits (such as A.F.D.C. or Social Security disability benefits)?   Yes ☑   No ☐

If yes, give the amount and identify the sources:

```
      Received           Sources
$     ~~===~~ 1744       SSI
$ _____       _____
$ _____       _____
$ _____       _____
```

2

**Cash:**

Have you any cash on hand or money in savings or checking accounts?  Yes [✓]  No [ ]

If yes, state total amount: $ 100.00

If neither you nor your spouse receive income of any kind, how are you able to pay for food and shelter?

**Property:**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  Yes [✓]  No [ ]

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|---|---|
| $ 2000.00 | 2002 Lincoln Town Car |
| $ | |
| $ | |
| $ | |

**Family Status and Dependents:**

Marital Status:  Single [ ]  Married [ ]  Widowed [✓]  Separated [ ]  or Divorced [ ]

Total Number of Dependents: 0

Are any of your dependents employed? If so, where:

How much do your dependent(s) earn monthly? $ _____

3

List persons you actually support, your relationship to them.

_____

_____

_____

_____

Do you pay alimony or child support or any other court-ordered payments?   Yes ☐   No ☑

If yes, list how much and describe:

## Monthly Debts of Applicant and/or Dependents

| Type of Debt | Name of Creditor | Total Debt | Payment |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

## Monthly Expenses of Applicant and/or Dependents

Rent or House Payment:   $ 650.00

Electric & Water Bills:   $ 350.00

Gas:   $ 100.00

Phone:   $ 150.00

Insurance:   $ 450.00

    For what purpose: _____

Prescriptions:                                             $ ___0_____

    For what purpose: _____

Transportation/Car Payments:                               $ ___0_____

    For what purpose: _____

Medical Bills:                                             $ ___0_____

    For what purpose: _____

Legal Bills:                                               $ ___0_____

    For what purpose: _____

Loans:                                                     $ ___0_____

    For what purpose: _____

Miscellaneous:                                             $ ___0_____

    For what purpose: _____

Is there any more information the Court should consider in making its determination?

## AFFIDAVIT OF APPLICANT

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: *Frances K. Graham*

Printed Name: FRANCES K. GRAHAM

Date: 6-29-17