IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
17 JUN 28 AM 10: 37
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| FRANCES K GRAHAM § § § Plaintiff, § § vs. § § LNV CORPORATION; § DANIEL ANDREW BEAL § § Defendants. § § § | NO. A17CV0634 RP MOTION FOR PERMISSION TO FILE ELECTRONICALLY 18 U.S. Code § 1964 JURY TRIAL DEMANDED |

1  PLAINTIFF'S MOTION FOR PERMISSION TO FIILE ELECTRONICALLY

2  Here comes Plaintiff, Frances K. Graham, self represented, who respectfully motions this
3  court to grant her permission to file electronically. Plaintiff is elderly (80 years of age) and will
4  be unduly burdened, both financially and physically, by manual filing of hard copy documents.

5  Plaintiff has the required software (Firefox and Internet Explore) and is experienced with
6  using the computer and software.

7  PRAYER

8  Plaintiff prays this court grant her request to file electronically.

9  Respectfully Submitted,

10  _Frances K. Graham_ (signature)
11  Frances Graham
    6715 Sky Nook Dr.
    Austin, TX 78745
12  Dated: June 24, 2017