IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FRANCES K. GRAHAM, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | 1:17-cv-634-RP |
| § | | |
| LNV CORPORATION, et al., § | | |
| § | | |
| Defendants. § | | |

**FINAL JUDGMENT**

Before the Court is the above-entitled action. On this day, the Court issued an order adopting the report and recommendation of United States Magistrate Judge Mark Lane and dismissing Plaintiff's claims. Having done so, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all federal claims and causes of action asserted by Plaintiff in this action are **DISMISSED**. All relief not expressly granted is **DENIED**.

**IT IS FURTHER ORDERED** that all costs shall be taxed to the party incurring same.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on June 28, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE